|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HERSHEL OSCAR ROSENBAUM, et al.,

        Plaintiffs,

vs.

WASHOE COUNTY et al.,

        Defendants.

Case No. 3:08-cv-00418-ECR-WGC

ORDER

       The mandate of the Court of Appeals having been received and filed reversing this Court's grant of Defendants' motion for summary judgment on Plaintiff's unlawful arrest claim,

       IT IS THEREFORE ORDERED that a status conference is set for **Monday, February 6, 2012, at 1:30 p.m.** in the Bruce R. Thompson Courthouse to consider further proceedings in this action.

       IT IS FURTHER ORDERED:

       (1) The action is referred to the Magistrate Judge for purposes of holding a settlement conference in the interim before the status conference scheduled above.

       (2) At the status conference, the parties should be prepared to discuss, among other things, the following matters: whether a

1  scheduling order should be entered allowing any further
2  discovery; whether a new additional motions schedule should
3  be set; and a proposed date for filing of a pretrial order.

5  Dated this 30th day of December 2011.

_____
EDWARD C. REED, JR.
United States District Judge