UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERSHEL OSCAR ROSENBAUM, C.R., and J.R.,<br><br>             Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY, DENNIS BALAAM, et al.,<br><br>             Defendants. | Case No. 3:08-cv-00418-ECR-WGC<br><br>ORDER |

On February 29, 2012, the parties stipulated to dismiss this case with prejudice (#51). The Court has reviewed the stipulation and the status of the case.

IT IS HEREBY ORDERED that the Stipulation to Dismiss with Prejudice (#51) is GRANTED. This case is closed.

Dated this 2nd day of March 2012.

_____
EDWARD C. REED, JR.
United States District Judge